Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERALEE CHAPMAN,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>Defendant. | Case No.: 2:19-CV-01570 MJP<br><br>**ORDER OF DISMISSAL** |

BASED ON THE STIPULATION OF THE PARTIES, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

DONE IN OPEN COURT this 4th day of May 2020.

_____
Marsha J. Pechman
Senior United States District Judge

ORDER OF DISMISSAL – 1
File Number 204471

NELSON LANGER ENGLE PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington 98125
T: 206.623.7520 F: 206.622.7068